## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                                    No.4:25-CR-259-P

CAMERON ARNOLD, ZACHARY EVETTS,
BENJAMIN SONG, SAVANNA BATTEN,
BRADFORD MORRIS, MARICELA RUEDA,
ELIZABETH SOTO, INES SOTO, and
DANIEL ROLANDO SANCHEZ-ESTRADA.
        Defendants

### UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE PRESIDING JUDGE:

The Defendant in the above-styled and numbered cause, MARICELA RUEDA, respectfully moves the Court for an order substituting George C. Lobb, Esq. and discharging DEREK BROWN as attorney of record for the Defendant in this cause. In support of this motion, the Defendant would show the Court as follows:

### I.

DEREK BROWN appeared as attorney of record to represent the Defendant in this cause. The Defendant no longer desires to be represented by Derek Brown.

George C. Lobb, Esq. has been employed to represent the Defendant in this cause.

The Defendant approves this substitution, as evidenced by the Defendant's signature on this motion.

This motion is not brought for delay, but to allow the Defendant to be represented by counsel of choice.

### II.

Counsel for the Defendant conferred with Assistant United States Attorney on November

Docusign Envelope ID: 3E0A0014-72BF-4675-A0E0-6BE3FAC49B50

25, 2025. The government is unopposed to this motion.

MARICELA RUEDA prays that the Court enter an order substituting George C. Lobb, Esq., and discharging the current attorney of record in this cause.

Respectfully Submitted,

LAW OFFICE OF GEORGE C. LOBB
2028 E. Ben White Blvd.,
Suite 240-8990
AUSTIN, TX 78741
Tel. 737-396-2662


_____
George C. Lobb, Esq.
Email: inboxforlawoffice@icloud.com
SBN 24042928
Attorney for the Accused

Agreed to in Form and Substance: X _____

Print: Maricela Rueda

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of this Motion to Substitute Counsel was delivered by CM/ECF to the Assistant United States Attorney on the 25th day of NOVEMBER 2025.

/s/ GEORGE C. LOBB _____
George C. Lobb, Esq.

AGREED TO:

X _____

Signed by:
Derek Brown
8A0A9D0B9B7B4E5...

Derek Brown