# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| vs. § | **DOCKET NO: 4:25-CR-259-P** |
| § | |
| **ARNOLD, et al.** § | |

## O R D E R

The Defendant's, **Maricela Rueda**, Motion fto Substitute Counsel is _____.

SIGNED this ____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE