UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 4:25-CR-259-P |
| | § | |
| CAMERON ARNOLD, ZACHARY EVETTS, BENJAMIN SONG, SAVANNA BATTEN, BRADFORD MORRIS, MARICELA RUEDA, ELIZABETH SOTO, INES SOTO, and DANIEL ROLANDO SANCHEZ-ESTRADA. | § § § § § § § | |
| Defendants | § | |

## ORDER

The Accused's, **MARICELA RUEDA**, Motion to Withdraw Order Requiring Local Counsel or Stay Sanctions Pending Due Process Review is __DENIED AS MOOT.__

SIGNED this 27 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE