UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                          No. 4:25-cr-00259-P

**CAMERON ARNOLD (01),**
**ZACHARY EVETTS (02),**
**BENJAMIN HAMIL SONG (03),**
**SAVANNA BATTEN (04),**
**MEAGAN MORRIS (05),**
**MARCELA RUEDA (06),**
**ELIZABETH SOTO (07),**
**INES SOTO (08),**
**DANIEL ROLANDO**
**SANCHEZ ESTRADA (09),**

   Defendants.

## ORDER

   Before the Court is the above-named Defendants' Motion for Additional Peremptory Strikes ("Motion").[1] ECF No. 234. Having reviewed the Motion and the applicable law, the Court hereby **GRANTS** the Motion and **ORDERS** that each Defendant in this case be granted two preemptory challenges.[2]

   **SO ORDERED** on this **10th day of February 2026.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Defendant Daniel Rolando Sanchez did not join the Motion. The Court nonetheless grants the Motion as to him as well.

[2] The Court clarifies that the defendants now collectively have 18 peremptory strikes.